BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 454-3111
Facsimile: (916) 454-3131

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENTON E. JAMES, JR.,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE<br>**Commissioner of Social Security**<br>**of the United States of America,**<br><br>Defendant. | Case No.   CIV-08-2851 GGH<br><br>**STIPULATION AND ORDER**<br>**EXTENDING PLAINTIFF'S TIME TO**<br>**FILE MEMORANDUM IN SUPPORT**<br>**OF SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from June 22, 2009, to August 14, 2009.  This is Plaintiff's first extension and is required due to Plaintiff's counsel's extremely heavy briefing schedule through the beginning of August 2009.

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

1

| | | |
|---|---|---|
| 1 | Dated: June 22, 2009 | */s/Bess M. Brewer*<br>BESS M. BREWER |
| 2 | | Attorney at Law |
| 3 | | Attorney for Plaintiff |

Dated: June 23, 2009        Lawrence G. Brown

Acting United States Attorney

/s/ *Armand Roth*
ARMAND ROTH

Special Assistant U.S. Attorney
Social Security Administration

Attorney for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED: June 25, 2009

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
U.S. MAGISTRATE JUDGE

james.eot