BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 454-3111
Facsimile: (916) 454-3131

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENTON E. JAMES, JR. </br></br> Plaintiff, </br></br> v. </br></br> MICHAEL J. ASTRUE </br> **Commissioner of Social Security** </br> **of the United States of America,** </br></br> Defendant. | Case No.  CIV-08-2851 GGH </br></br> **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended until September 3, 2009.   This extension is required because plaintiff's counsel was out of the office sick the week of August 10th and unable to complete plaintiff's brief.

/ / / /

/ / / /

/ / / /

1

| | | |
|---|---|---|
| 1 | Dated: August 18, 2009 | */s/Bess M. Brewer* |
| 2 | | BESS M. BREWER |
| | | Attorney at Law |
| 3 | | Attorney for Plaintiff |

Dated: August 20, 2009          Lawrence G. Brown

Acting United States Attorney

/s/ *Armand Roth by Theophous Reagans*
ARMAND ROTH

Special Assistant U.S. Attorney
Social Security Administration

Attorney for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED: August 24, 2009

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
U.S. MAGISTRATE JUDGE

james2851.eot