IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRENTON E. JAMES, JR.,

      Plaintiff,                       No. CIV S-08-2851 GGH

      vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

      Defendants.               <u>ORDER TO SHOW CAUSE</u>

_____/

      Pursuant to this court's Scheduling Order (and allowing three days for service by mail, Fed. R. Civ. P. 6(e)), plaintiff was required to file a motion for summary judgment and/or remand by June 22, 2009 (45 days after service of the answer and administrative transcript). Plaintiff was granted two extensions of time and the filing deadline was extended to September 3, 2009. To date, plaintiff has not filed a motion for summary judgment and/or remand.

      ACCORDINGLY, plaintiff is ordered to show cause in writing within twenty days of the filed date of this order why this case should not be dismissed for lack of prosecution.

\\\\\

\\\\\

\\\\\

1

1  Failure to <u>timely</u> file the required writing will result in a dismissal of the case.

2  DATED: October 22, 2009

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

4  GGH:035
james.osc

2