IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRENTON E. JAMES, JR.,

      Plaintiff,                  No. CIV S-08-2851 GGH

      vs.

MICHAEL J. ASTRUE,
Commissioner of Social
Security,

      Defendant.               ORDER

_____/

        On October 23, 2009, this court issued an order to show cause why this case should not be dismissed for failure to file a summary judgment motion pursuant to the December 17, 2008, scheduling order.  On November 12, 2009, plaintiff's counsel filed a response and a summary judgment motion, explaining that due to a seriously impacted caseload, counsel failed to re-calendar the motion.  Plaintiff's response is satisfactory.

        THEREFORE, the order to show cause, filed October 23, 2009, is discharged.

DATED: December 8, 2009

                                          /s/ Gregory G. Hollows

                                          UNITED STATES MAGISTRATE JUDGE

GGH:076/James2851.dc.wpd

1